BRIAN S. RAKICH-KELLY ET AL. *v.* BENTLEY
MORTGAGE PREFERRED PARTNERS
LIMITED PARTNERSHIP
(15399)

Dupont, C. J., and Lavery and Healey, Js.

Argued October 31—officially released November 19, 1996

Per Curiam. The judgment is affirmed.

ARTHUR LENZI, JR. *v.* THOMAS LODGE ET AL.
(15263)

Foti, Lavery and Schaller, Js.

Submitted on briefs November 6—officially released November 26, 1996

Per Curiam. The judgment is affirmed.

GREAT MEADOW ASSOCIATES LIMITED
PARTNERSHIP *v.* TOWN OF ROCKY HILL
(15479)

Dupont, C. J., and Landau and Healey, Js.

Argued November 6—officially released November 26, 1996

Per Curiam. The judgment is affirmed.